UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BROOK WEBBER, P.W.** | * | **CIVIL ACTION NO. 21-00054** |
| **AND RACHEL WEBBER** | * | |
| *Plaintiffs* | * | **JUDGE: WBV** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: KWR** |
| | * | |
| **CAROL CONDOMINIUM** | * | |
| **ASSOCIATION, INC.** | * | |
| | * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW COME**, through undersigned counsel, Plaintiffs, Brook Webber, P.W., and Rachel Webber, and Defendant, Carol Condominium Association, Inc., who represent to the court that the parties have settled and compromised their differences in the claims filed by Plaintiffs in the present lawsuit as well as the claims filed by Carol Condominium Association, Inc. on December 14, 2021 against the Webbers in the Civil District Court for the Parish of Orleans, Louisiana (Case No. 2020-10577), pursuant to the terms described in the Settlement Agreement. As evidenced by the Settlement Agreement, the Webbers have agreed to settle both the state and federal lawsuit without an active monetary compensation to be paid by the Board to the Webbers to settle the claims of P.W. Brook Webber, as parent and natural tutor of P.W., has authority to settle the claims on behalf of P.W, attached hereto as Exhibit A.

Plaintiffs, Brook Webber, P.W., and Rachel Webber, thus move to dismiss all claims and demands asserted against Defendant, Carol Condominium Association, Inc. in the above titled and captioned matter, with prejudice, each party to pay their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard G. Duplantier, Jr. | |
| **RICHARD G. DUPLANTIER, JR. (#18874)** | **J. DOUGLAS SUNSERI (#19173)** |
| **JENNIFER R. BUCKINGHAM (#33636)** | **NICAUD & SUNSERI LAW FIRM** |
| **MADELINE G. SMITH (#38409)** | 3000 18th Street |
| **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH** | Metairie, Louisiana 70002 |
| 701 Poydras Street, 40th Floor | Tel: (504) 837-1304 |
| New Orleans, Louisiana 70139 | Fax: (504) 833-2843 |
| Telephone: (504) 525-6802 | *Attorneys for Plaintiffs* |
| Facsimile: (504) 525-2456 | |
| *Counsel for Defendant,* | |
| *Carol Condominium Association, Ltd.* | |