UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BROOK WEBBER, P.W. AND RACHEL WEBBER | * * | CIVIL ACTION NO. 21-00054 |
| *Plaintiffs* | * | |
| VERSUS | * * | JUDGE: WBV |
| | * | MAGISTRATE: KWR |
| | * | |
| CAROL CONDOMINIUM ASSOCIATION, INC. | * * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \*

**VERIFICATION AND OATH OF NATURAL TUTORSHIP**

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned Notary Public, in and for the above-captioned Parish and State, personally came and appeared Brook Webber, who after being duly sworn, did depose and say that he is the parent and natural tutor of P.W., that he has read the foregoing Joint Motion to Dismiss, and that all of its allegations are true and correct, and that he has authorized the filing of same on his behalf as the natural tutor of the minor child, P.W. Furthermore, he swears that he will well and faithfully perform and discharge, all and singular, the duties incumbent upon him as tutor of the minor child, P.W.

AFFIANT:

_____
BROOK WEBBER

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, this ____ day of _____, 2021.

_____
NOTARY PUBLIC

J. DOUGLAS SUNSERI
NOTARY PUBLIC
LA BAR #19173
PARISH OF JEFFERSON
STATE OF LOUISIANA
COMMISSIONED FOR LIFE

00483134-1

**EXHIBIT A**