# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOK WEBBER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-54-WBV-KWR** |
| **CAROL CONDOMINIUM ASSOCIATION, INC.** | **SECTION: "D" (4)** |

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss With Prejudice (R. Doc. 11);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this civil action is **DISMISSED, WITH PREJUDICE,** with each party to bear its own costs.

New Orleans, Louisiana, April 22, 2021.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**